**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUY JAKUB, ON BEHALF OF HIMSELF, THE GENERAL PUBLIC, AND THOSE SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>A.R.M. SOLUTIONS, INC.; BRAD JADWIN; JAMES MONTGOMERY,<br><br>Defendants. | CASE NO. 3:12-cv-06113-SC<br><br>STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO PRIVATE MEDIATION<br><br>Judge:  Hon. Samuel Conti |

STIPULATION RE ADR

Plaintiff Guy Jakub ("Plaintiff" or "Jakub") and Defendants A.R.M. Solutions, Inc., Brad Jadwin, and James Montgomery ("Defendants"), respectfully submit the following stipulation. In support of this stipulation, the parties recite and agree as follows:

WHEREAS on December 5, 2012, Plaintiff filed this putative class action in this Court (Dkt.# 1);

WHEREAS on June 3, 2013, this Court referred this case to the Court's ADR unit for court-connected mediation to be held within one hundred and eighty (180) days of the order (Dkt.# 21);

WHEREAS the parties held a telephone conference with the Court's ADR unit, but subsequently reached agreement to privately mediate this case before Judge Ronald Sabraw (Ret.);

WHEREAS the parties anticipate completing mediation on September 26, 2013; and

WHEREAS the parties urge the Court to accept their stipulation regarding private mediation as the product of the parties' agreement and in the belief that it will lessen the burden on the Court.

IT IS HEREBY STIPULATED AND AGREED THAT, subject to Court approval:

(1) The parties will mediate this case privately before Judge Ronald Sabraw; and

(2) The mediation will take place on September 26, 2013.

STIPULATED AND AGREED:

September 3, 2013            GUTRIDE SAFIER LLP

                             /s/
                             _____
                             Seth A. Safier, Esq., Attorneys for Plaintiff

September 3, 2013            ELLIS LAW GROUP, LLP

                             /s/
                             _____
                             Andrew Steinheimer, Esq., Attorneys for Defendants

1

## **ORDER**

The parties having stipulated and good cause appearing, the Court adopts the parties' stipulated agreement and ORDERS as follows:

(1) This Court's order referring this case to the ADR unit (Dkt.# 21) is hereby withdrawn; and

(2) The parties are ordered to complete private mediation no later than December 1, 2013.

**IT IS SO ORDERED.**

Dated: _____09/10/2013_____    _____

Hon. Samuel Conti, District Judge

2