GUTRIDE SAFIER LLP
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
KRISTEN SIMPLICIO (State Bar No. 263291)
kristen@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUY JAKUB, ON BEHALF OF HIMSELF, THE GENERAL PUBLIC, AND THOSE SIMILARLY SITUATED,<br><br>　Plaintiff,<br><br>　　　v.<br><br>A.R.M. SOLUTIONS, INC.; BRAD JADWIN; JAMES MONTGOMERY,<br><br>　　　　Defendants. | CASE NO. 3:12-cv-06113-SC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Judge:  Hon. Samuel Conti |

On November 20, 2013, the parties filed a joint stipulation for dismissal with prejudice. Having carefully considered the joint stipulation, the Court is of the opinion that it should be GRANTED. The Court hereby dismisses, with prejudice, Plaintiff Guy Jakub's claims against Defendants A.R.M. Solutions, Inc., Brad Jadwin, and James Montgomery. The class claims are dismissed without prejudice.

IT IS SO ORDERED

Dated:   11/21/2013



Judge Samuel Conti
United States